AO 240A
DELAWARE (REV 4/98)

# United States District Court
### For the District of Delaware

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Plaintiff

v.

CASE NUMBER: 05-123

Defendant

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☐ GRANTED:

    ☐ The Clerk is directed to file the complaint.

    ☐ IT IS FURTHER ORDERED that the United States Marshal serve a copy of the complaint and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTERED this _____ day of _____, _____.

_____
Signature of Judicial Officer

_____
Name and Title of Judicial Officer