IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TEKOA L. PEARSON,                     )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )    Civ. No. 05-123-JJF
                                      )
STATE OF DELAWARE, and                )
DELAWARE PSYCHIATRIC CENTER,          )
                                      )
          Defendants.                 )

**ORDER**

At Wilmington this __1__ day of _April_____, 2005,
the court having considered the application to proceed without
prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1.  The application is DENIED based on plaintiff's
annual income of $19,200.  (D.I. 1)

2.  The plaintiff shall pay the $150 filing fee within
thirty days from the date this order is sent, or the case shall
be dismissed.

_____
United States District Judge