IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEKOA L. PEARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-123-JJF |
| | ) |
| STATE OF DELAWARE, and | ) |
| PSYCHIATRIC CENTER, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, on March 3, 2005, plaintiff filed the complaint and a motion for leave to proceed in forma pauperis (D.I. 1; D.I. 2);

WHEREAS, on April 1, 2005, the Court denied plaintiff's request for leave to proceed in forma pauperis and inadvertently ordered plaintiff to pay $150 filing fee rather than the required $250 filing fee (D.I. 3);

THEREFORE, at Wilmington this 10 day of May, 2005, IT IS HEREBY ORDERED that plaintiff is not required to pay the $100.00 filing fee not assessed in the Court's order dated April 1, 2005.

*[signature]*
UNITED STATES DISTRICT JUDGE