OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 19, 2005

TO: Tekoa L. Pearson
10 South Lunenburg Drive
New Castle, DE 19720

RE: Federal Rule 4 Service of Process, CA 05-123 JJF

Dear Ms. Pearson :

This is a followup to our phone conversation regarding service of your complaint. We are providing you with a copy of Federal Rule of Civil Procedure 4, which details process of service requirements. This rule also outlines the methods available for serving your complaint. You may use **either** the Notice of Lawsuit/waiver forms provided, **or** complete a summons form for each defendant, as provided for in subject Rule 4.

Blank summons forms are also enclosed for your use, should you decide to use the summons method of service. Once you have properly completed the summons form(s), they should be sent to this office to be issued (signed and sealed). When you receive the "issued" summons forms back from the Court, requirements for service on the defendants is detailed in Federal Rule 4.

Also enclosed are AO Form 85 Notices of Availability of a Magistrate Judge. These forms should be mailed to each defendant when you serve the complaint. **Please sign and return the two receipt forms to the Clerk's Office in the enclosed envelope.** If you have administrative or procedural questions you may call our office and speak with one of our Intake clerks. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/re

PETER T. DALLEO
CLERK

cc: Pro Se Law Clerk
Attch: FRCP 4 w/recpt, 3 - AO 85 Mag. Cons. Notice forms w/recpt,
   2 Summons' forms, 2 Notices of Lawsuit/Waiver forms, Docket
   Sheet for CA 05-123 JJF, and Notice Regarding Personal Info.

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:  C.A.#  _05-123 JJF_

CASE CAPTION: _Pearson_ v. _State of DE et al_

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received _____      Signed: _____
by Plaintiff:                                           Pro Se Plaintiff

Date Received _____      Signed: _____
by Clerk's office:                                      Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_7/19/05_
Date mailed

_[signature]_
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04

RETURN TO Clerk's Office

V

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __05-123 JJF__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___3___ COPIES OF AO FORM 85.

__7/19/05__
(Date forms issued)                    (Signature of Party or their Representative)

(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

RETURN TO Clerk's Office

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __**DELAWARE**__

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

_____     _____
CLERK                          DATE

By) DEPUTY CLERK

AO 398 (Delaware Rev. 7/00)

# NOTICE OF LAWSUIT AND REQUEST FOR
# WAIVER OF SERVICE OF SUMMONS

TO: (A) _____

as (B) _____  of (C) _____

   A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the District of Delaware and has been assigned docket number _____ .

   This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) \_\_\_\_ days after the date designated below as the date on which this Notice and is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

   If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

   If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

   I affirm that this request is being sent to you on behalf of the plaintiff, this \_\_\_\_ day of _____ , 200 \_\_\_\_ .


                                            _____
                                            Signature of Plaintiff's Attorney
                                            or Unrepresented Plaintiff


A—Name of individual defendant (or name of officer or agent of corporate defendant)
B—Title, or other relationship of individual to corporate defendant
C—Name of corporate defendant, if any
D—District
E—Docket number of action
F—Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver



*FYI*

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00123-JJF
#### Internal Use Only

Pearson v. State Of Delaware et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Cause: 42:2000 Job Discrimination (Age)

Date Filed: 03/03/2005
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

Tekoa L. Pearson                         represented by   Tekoa L. Pearson
                                                          10 South Lunenburg Drive
                                                          New Castle, DE 19720
                                                          302-255-2863
                                                          PRO SE

V.

**Defendant**

State Of Delaware

**Defendant**

Psychiatric Center

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Tekoa L. Pearson. (Attachments: # 1 Text of Proposed Order)(els, ) (Entered: 03/04/2005) |
| 03/03/2005 | 2 | COMPLAINT filed against State Of Delaware, Psychiatric Center - filed by Tekoa L. Pearson. (Attachments: # (1) Civil Cover Sheet)(els, ) Additional attachment(s) added on 4/1/2005 (rbe, ). Additional attachment(s) added on 4/1/2005 (rbe, ). (Entered: 03/04/2005) |
| 03/09/2005 |  | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 03/09/2005) |
| 04/01/2005 |  | CORRECTING ENTRY: Replaced illegible complaint and cover sheet (rbe, ) (Entered: 04/01/2005) |
| 04/01/2005 | 3 | ORDER that the 1 application is DENIED based on pltf.'s annual income of $19,200; (2) The plf. shall pay the $150.00 filing fee within thirty days from the date this order is sent, or the case shall be dismissed. Signed by Judge Joseph J. Farnan, Jr. on 04/01/05. (afb, ) (Entered: 04/04/2005) |
| 05/02/2005 |  | Filing fee: $ 150.00, receipt number 139081 (afb, ) (Entered: 05/05/2005) |


FYI

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

## NOTICE REGARDING PERSONAL INFORMATION

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The Court, in its <u>Administrative Procedures Governing Filing and Service by Electronic Means</u>, has recognized that certain kinds of personal information should not be included on public filings except in limited fashion. For example: (1) the names of minor children should not be used, only their initials; (2) only the last four digits of a social security number should be used; (3) a full date of birth should not be used, only the year of birth need be given; (4) only the last four digits of any financial account should be included; and (5) in criminal cases, only the city and state of a personal address need be given. Caution should also be used when filing documents that contain the following: (1) personal identifying numbers, such as driver's license numbers; (2) medical records; (3) employment history; (4) individual financial information; (5) proprietary or trade secret information; (6) information regarding cooperation with the government; (7) victim information; and (8) national security information.

**It is not the responsibility of the Court to review each document and determine whether personal information has properly been protected. Every document submitted for filing will be docketed and made publicly accessible over the Court's electronic filing system.** If, after docketing, you determine that a document contains personal information that you want to treat as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

Peter T. Dalleo, Clerk of Court