

FILED
JUL 2? 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

July 19, 2005

To honorable Judge,

Today I spoke to a Court Representative whom called me at work from your office. This as he stated was a courtesy call. They advised me of IFP denial. I'm not considered indigent, so the Courts will not serve my defendant with the charges # Civil - 05-123-JJF.

I need more time. Please grant me a "motion to extend my time".

I need to find another attorney etc.

Your office also mentioned that they will send me Rule 4 which will explain the procedures for me to serve a summons/waiver.

Again, I ask the Courts for a motion to extend my time. Your consideration would be greatly appreciated.

Dekra Pearson
10 S. Lunenburg Dr.
New Castle, DE 19720

Work - 255 2863
Home - 322 4032



Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-3570



Tekoa Pearson
10 S Lunenburg Dr.
New Castle, DE 19720-3424