IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEKOA L. PEARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-123-JJF |
| | ) |
| STATE OF DELAWARE, and | ) |
| THE DELAWARE PSYCHIATRIC | ) |
| CENTER, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, on April 4, 2005, the court denied the plaintiff leave to proceed *in forma pauperis* based on her annual income (D.I. 3);

WHEREAS, due to a clerical oversight, the plaintiff was not provided a with a copy of Fed. R. Civ. P. 4 regarding service of process until July 19, 2005 (D.I. 5);

WHEREAS, on July 22, 2005, the plaintiff filed a letter motion requesting an extension of time to serve the complaint (D.I. 6);

NOW THEREFORE this 9 day of August, 2005, it is ORDERED that:

1. The plaintiff's letter motion for an extension of time (D.I. 6) is GRANTED.

2. The plaintiff shall serve the complaint by November

16, 2005.  See Fed. R. Civ. P. 4(m).

                                                           /s/ Joseph J. Farnan, Jr.
                                                          United States District Judge