October 21, 2005

Office of the Clerk
United State District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570

To the Honorable Judge Joseph Farna,

On August 9, 2005, a Letter motion for an Extention of Time was Granted, for me to serve The State of Delaware, and The Delaware Psychiatric Center. Civ No. 05-123-JJF. This letter is to request a continuous. Your Honor, I realize that this will be a second request.

Since your granted request, I have been talking to Attorney Roy Shields, of Dover. He has handled many situations concerning Delaware Psychiatric Center. Mr. Shields was speaking with several people on Administration Level, to find out the State Of Delaware plans to reconcile our differences, without going to Court. Thus far, there has not been any Commitment from State. Mr. Shields is supposed to get back with me about States Status.

I'm not sure if our matter will be resolved by November 15, 2005. I need for the Last Time, if you would, a **Three Month Continuation**. Mr. Shields knows my income dilemma. Mr. Shields have no plans of a Contingency. I still feel there should be a Conciliation Plan. My Name is on several Cert list, for the State of DE. Two positions may be available soon. If one of these jobs / positions, after Interviewing, is appointed to me, I will drop the charges. I just need a little more time for resolution.

Please find it feasible to consider an Extension of Time. Time Heals All Pain.

Sincerely,

*Tekoah Pearson*

Tekoa Pearson – Civ # 05-123-JJF
10 South Lunenburg Dr.
New Castle, Delaware 19720

FILED
OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Attn: Judge Joseph J. Farnan