IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TEKOA L. PEARSON            :
                            :
      Plaintiff,            :
                            :
   v.                       :   Civil Action No. 05-123-JJF
                            :
STATE OF DELAWARE, and THE  :
DELAWARE PSYCHIATRIC CENTER,:
                            :
      Defendants.           :

## O R D E R

WHEREAS, by her letter dated October 21, 2005 (D.I. 8), Plaintiff moved the Court to extend the time to serve the Complaint (D.I. 2) by three months;

WHEREAS, Plaintiff filed the Complaint on March 3, 2005, and the Court has already granted Plaintiff one extension of time to serve it (D.I. 7);

WHEREAS, Plaintiff has not shown good cause for her failure to serve the Complaint;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for a three-month extension of time to serve the Complaint is **DENIED**.

2. Plaintiff shall serve the Complaint by **December 7, 2005**, or the Court will dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

November 16, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE