05-123 JJF

RECEIVED DEC -7 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE    12/7/05 —

Judge Faran,

I need more time to pursue my action. I'm confused about the Rules of Civil procedures. I needed someone to help me fill out the forms and walk me through the process.

I'm just now told that there are places of Services which could assist me in the 'summons to defendant. I have no more extended time with the District Court, so if you do not Honor me this grace period I will have to voluntarily withdraw my case.

"I need a Process"    Jekora Pearson
Seven