IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEKOA L. PEARSON | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-123-JJF |
| STATE OF DELAWARE, and THE DELAWARE PSYCHIATRIC CENTER, | : |
| Defendants. | : |

### O R D E R

WHEREAS, Plaintiff filed her Complaint on March 3, 2005;

WHEREAS, by its Order dated November 16, 2005 (D.I. 9), the Court extended Plaintiff's time to serve the Complaint to December 7, 2005;

WHEREAS, Plaintiff has not served the Complaint on either Defendant;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

February 17, 2006
DATE

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE